**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**  **DATE: JUNE 16, 2025**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: KIMBERLY WILSON**

**TITLE OF CASE:**  **CRIM. NO. 3:22-546 (GC)**
UNITED STATES OF AMERICA
     vs.
ANTONELLA BARBA
     DEFENDANT PRESENT

**APPEARANCES:**
Joseph Gribko, AUSA for the Government
Benjamin West, AFPD for the Defendant
Jennifer Bonet, USPO

**NATURE OF PROCEEDINGS**: VIOLATION OF SUPERVISED RELEASE (PLEA/SENTENCING)
Ordered defendant sworn; defendant sworn.
Plea: Defendant entered a plea of Guilty to Violation #9 of the Petition (ECF No. 9).
Ordered plea accepted.
Sentence on Violation #9: Continued supervision with an additional special imposed.
Residential Reentry Center Placement for a period of 4 months without weekend privileges.
Violation Numbers 1 through 8 are dismissed.
Condition of Location Monitoring is revoked, all other conditions of release remain as previously ordered.
Defendant released.

**Time Commenced:** 10:28 A.M.
**Time Adjourned:** 10:45 A.M.
**Total Time:** 17 mins.

                                               s/ *Jamie Quinn*
                                               **DEPUTY CLERK**