PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Antonella Maria Barba | Cr.: 22-00546-001 |
| | PACTS #: 5977853 |

Name of Judicial Officer:   THE HONORABLE ARENDA L. WRIGHT ALLEN
UNITED STATES DISTRICT JUDGE, ED/VA
(Jurisdiction transferred to the Hon. Georgette Castner on August 16, 2022)

Date of Original Sentence: 11/22/2019

Original Offense:   Count One: Possess with Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of N-phenyl-N-(1-(2-phen-ylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl, a Schedule II controlled substance, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A), a Class A felony

Original Sentence: Imposed 11/22/2019: 45 months imprisonment, 5 years supervised release

Revocation Sentence: Imposed 06/16/2025: Supervised release continued with the following special condition: Residential Reentry Center Placement – 4 months (without weekend privileges)

Special Conditions: Special Assessment, Substance Abuse Testing, Mental Health Treatment, Location Monitoring Program, Reentry Center-Full-Time

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 10/26/2021 |

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the standard supervision condition which states **'You must answer truthfully the questions asked by your probation officer.'** |
| | On September 4, 2025, the undersigned officer received a telephone call from Tyson Still, Director of the Kintock Group (Residential Reentry Center – RRC) in Bridgeton, NJ, who stated Antonella Barba was terminated from her job, at the Golden Pigeon Restaurant, on Monday, September 1, 2025. Mr. Still explained that Ms. Barba left the RRC on Wednesday, September 3, 2025, and on September 4, 2025, on an approved work pass. He noted that the RRC attempted to call Ms. Barba on her cellular telephone for a check-in on September 4, and after she failed to answer their call, they called the restaurant. RRC staff were advised that Ms. Barba was fired from her job on September 1, 2025. |

Prob 12A – page 2
Antonella Maria Barba

Following the conversation with Mr. Still on September 4, 2025, the undersigned officer called Ms. Barba, who claimed she was at work. The undersigned officer requested that Ms. Barba conduct a virtual call with the undersigned officer to verify that she was in fact, working. Ms. Barba then stated she was not at work but was enroute to her job to speak to her supervisor. Ms. Barba was confronted about her dishonesty and was told that staff at the RRC learned she was fired on September 1, 2025. Ms. Barba noted that she was not fired, but she left work due to being upset about receiving telephone calls from a male, who she suspected was her ex-boyfriend.

Ms. Barba further explained that she was on the schedule to work on September 3, 2025, and reported to work at 9:00 a.m. She stated that upon arrival, she learned she had been removed from the schedule and instead of returning to the RRC, she decided to park her car at a location, make several calls, attend a Zoom Court municipal court hearing, and attend her virtual mental health session with Dr. Flaks. She claims she spent her time in her car and in the parking lot for most of the day until she returned to the RRC at approximately 5:00 p.m.

U.S. Probation Officer Action:
On June 16, 2025, Ms. Barba was ordered by Your Honor to be placed at the RRC for four months, as a sanction for noncompliance; specifically, for failure to notify the probation officer of change of residence or employment. On June 17, 2025, Ms. Barba reported to the RRC to begin her four- month placement. She is scheduled to be released from the RRC on October 17, 2025.

With regards to the Violation referenced above, the undersigned officer spoke to Ms. Barba about her dishonesty with staff at the RRC, as well as with the undersigned officer. Ms. Barba acknowledged her poor decision and apologized. Ms. Barba did speak to her supervisor at the restaurant on September 4, 2025, and has since resumed employment with them.

The U.S. probation Office is not recommending any court action at this time. However, should Ms. Barba re-engage in non-compliant behavior, the Court will be notified immediately.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:   D. ANNIE CRUZ
U.S. Probation Officer

/ dac

APPROVED

_____        9/25/25
ANTHONY M. STEVENS                     Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Antonella Maria Barba

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*Georgette Castner*
_____
Signature of Judicial Officer

September 29, 2025
_____
Date