PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Antonella Maria Barba              Cr.: 22-00546-001
PACTS #: 5977853

Name of Sentencing Judicial Officer:    THE HONORABLE ARENDA L. WRIGHT ALLEN
UNITED STATES DISTRICT JUDGE (ED/VA)

Name of Reassigned Judicial Officer:    THE HONORABLE GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE
(Transferred on August 16, 2022)

Date of Original Sentence: 11/22/2019

Original Offense:    Count Eleven: Conspiracy To Possess with Intent to Distribute 400 Grams or More of
a Mixture and Substance Containing a Detectable amount of Fentanyl
21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)], a Class A Felony

Original Sentence: 45 months imprisonment, 5 years supervised release

Revocation Sentence: Imposed 06/16/2025: Supervised release continued with the following special
condition: Residential Reentry Center Placement – 4 months (without weekend privileges)

Special Conditions: Special Assessment, Substance Abuse Testing, Mental Health Treatment, Other
Condition, Other Financial Obligation, Location Monitoring Program, Reentry Center-Full-Time

Type of Supervision: Supervised Release              Date Supervision Commenced: 10/26/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days or release from imprisonment and periodic drug tests thereafter, as determined by the court.'** |
| | On May 5, 2026, Ms. Barba reported to the Probation Office in Camden, New Jersey, as instructed. During the office visit, Ms. Barba was to submit to a urine drug screen. After several hours, it became clear that Ms. Barba was stalling. Ms. Barba met with the undersigned officer and Supervising U.S. Probation Officer Anthony Stevens to discuss her situation. Ms. Barba admitted that she recently used marijuana and apologized for her actions. |

Prob 12A – page 2
Antonella Maria Barba

U.S. Probation Officer Action:

On May 5, 2026, the undersigned officer and Supervising U.S. Probation Officer Anthony Stevens met with Ms. Barba. During the discussion, Ms. Barba revealed the context behind her recent use of marijuana. The Probation Office determined that the appropriate course of action would be to address the underlying stressors with her mental health treatment provider to offer her supportive counseling, alternative coping skills, and reinforce her commitment to abide by the conditions of supervised release. It appears that Ms. Barba's substance use was situational in nature and does not reflect a disregard for the conditions of supervision. The Probation Office will continue to monitor her compliance closely and will reassess should additional positive urinalysis results occur.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:    RICHARD E. ANTONISON
       U.S. Probation Officer

/ rea

APPROVED:

_____         5/29/26
ANTHONY M. STEVENS                        Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
6/2/26
Date